UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM T. HOEY, *on behalf of Himself and all those similarly-situated*, <br><br> Plaintiff, <br><br> v. <br><br> INSMED INCORPORATED, WILLIAM H. LEWIS, and ANDREW T. DRECHSLER, <br><br> Defendants. | Civ. Action No. 16-4323 (FLW) <br><br> **ORDER** |

**THIS MATTER** having been opened to the Court by Phillip S. Rosen, Esq., counsel for all named individual defendants and Insmed Incorporated (collectively, "Defendants"), on a motion to dismiss; it appearing that Lead Plaintiff Bucks County Employees Retirement Fund ("Plaintiff"), through its counsel, James E. Cecchi, Esq., opposes the motion; the Court having reviewed the parties' submissions in connection with the motion pursuant to Fed. R. Civ. P. 78, for the reasons set forth in the Opinion filed on even date, and for good cause shown,

**IT IS** on this 15th day February, 2018,

**ORDERED** that Defendants' motion to dismiss is **GRANTED**; and it is further

2

**ORDERED** that Plaintiff's claims are dismiss without prejudice; in lieu of dismissal, Plaintiff may filed a Second Amended Complaint within 30 days of the date of this Order.

        /s/ Freda L. Wolfson
        Freda L. Wolfson
        U.S. District Judge