UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM T. HOEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INSMED INCORPORATED, WILLIAM H. LEWIS, and ANDREW T. DRECHSLER,<br><br>Defendants. | Civil Action No. 16-4323(FLW)(TJB)<br><br>**FINAL JUDGMENT AND ORDER OF DISMISSAL** |

**WHEREAS**, on February 15, 2018, this Court granted Defendants' motion to dismiss the Amended Complaint for Violation of the Federal Securities Laws filed by Lead Plaintiff Bucks County Employees Retirement Fund ("Plaintiff") without prejudice ("Order") for the reasons set forth in the opinion filed on that date; and

**WHEREAS**, in lieu of dismissal, the Order granted Plaintiff thirty (30) days to file a Second Amended Complaint;

**WHEREAS**, March 19, 2018, was the deadline for Plaintiff to file a Second Amended Complaint pursuant to the Order; and

**WHEREAS**, Plaintiff has not filed a Second Amended Complaint and has informed counsel for all named individual defendants and Insmed Incorporated that it does not intend to do so at this time;

NOW THEREFORE, Defendants respectfully request this Court to enter this proposed Final Judgment and Order of Dismissal.

IT IS on this 22nd day of March, 2018,

**ORDERED** that this action is **DISMISSED** in its entirety with prejudice.

_____
Freda L. Wolfson
U.S. District Judge